UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA DARLENE SANFORD,

|  |  |  |
|---|---|---|
| | Plaintiff, | Civil Action No. 17-13318 |
| | | Honorable Matthew F. Leitman |
| v. | | Magistrate Judge David R. Grand |

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.
_____/

## REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL ORDER PURSUANT TO FED. R. CIV. P. 41(a)(2) [12]

Plaintiff Pamela Darlene Sanford ("Sanford") brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her claim for benefits.  (Doc. #1).  Before the Court is Sanford's Unopposed Motion for a Voluntary Dismissal Order Pursuant to Fed. R. Civ. P. 41(a)(2), which she filed on March 5, 2018.  (Doc. #12).  In her motion, Sanford asks this Court to enter an "order of voluntary dismissal of this action, pursuant to Fed. R. Civ. P. 41(a)(2), without costs and with prejudice."  (*Id.* at 1).  Sanford represents that the Commissioner does not object to this request.  (*Id.*).  Accordingly, **IT IS RECOMMENDED** that Sanford's Unopposed Motion for a Voluntary Dismissal Order Pursuant to Fed. R. Civ. P. 41(a)(2) **(Doc. #12)** be **GRANTED,** and that this action be **DISMISSED WITHOUT COSTS AND WITH PREJUDICE**.

Dated: March 5, 2018                    s/David R. Grand
_                                        _____
Ann Arbor, Michigan                     DAVID R. GRAND
                                        United States Magistrate Judge

## NOTICE

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of HHS*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).  The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  *See Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. L.R. 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2018.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager