UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA DARLENE SANFORD,

    Plaintiff,

v.

COMMISSIONER OF SOC. SECURITY,

    Defendant.

_____/

Case No. 17-cv-13318
Hon. Matthew F. Leitman

### ORDER (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL (ECF #12) AND (2) DISMISSING PLAINTIFF'S COMPLAINT (ECF #1) WITH PREJUDICE AND WITHOUT COSTS

In this action, Plaintiff Pamela Darlene Sanford challenges the denial of her application for disability benefits. (*See* Compl., ECF #1.) On March 5, 2018, Sanford filed an unopposed motion to voluntarily dismiss her Complaint with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(2). (*See* Mot., ECF #12.) On that same day, the assigned Magistrate Judge issued a Report and Recommendation recommending that the Court grant Sanford's unopposed motion and dismiss her Complaint (the "R&R"). (*See* ECF #13.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.* at Pg. ID 855.)

Neither party has filed an objection to the R&R. The failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, because no party has filed an objection to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Sanford's unopposed motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Sanford's unopposed motion for voluntary dismissal (ECF #12) is **GRANTED** and (2) Sanford's Complaint (ECF #1) is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 5, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 5, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764